

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-22-00233-CV & 04-22-00253-CV

**3CM, LLC d/b/a 3CM Multifamily,**
Appellant

v.

Gregor **TRIMBLE** and Group of Investors,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCD-22-0000052
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's reply brief was due on July 5, 2022. However, the appellants have filed a motion requesting an extension of time to file their reply brief. The motion is GRANTED. The appellants' reply brief is due on or before **July 8, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court